A. Peter Rausch, Jr. (State Bar No. 127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
1930 Tienda Drive, Suite 106
Lodi, California 95242
Telephone:   (209) 952-5000
Facsimile:    (209) 339-8505
E-Mail:       counsel@rausch.com

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:       mark@markmerin.com
              paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF CARMEN MENDEZ,
JORGE MENDEZ, SR., JORGE MENDEZ, JR.,
ALEXANDRA MENDEZ, DOMINIC MENDEZ,
SABRINA MENDEZ, KYLAN RYLE,
RAYMOND MENDEZ, BERTHA MENDEZ,
and DOMINGO MENDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF CARMEN MENDEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CERES, et al., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF JORGE MENDEZ, SR. RE CAL. CODE CIV. PROC. § 377.32** |

I, Jorge Mendez, Sr., do declare and say:

1. I submit the following declaration regarding my status as one of Carmen Mendez's successors-in-interest, pursuant to Cal. Code Civ. Proc. § 377.32.

2. Carmen Mendez was born on ▬▬▬▬▬▬ in Modesto, California.

3. No proceeding is now pending in California for administration of Carmen Mendez's

estate.

4. I am one of Carmen Mendez's successors-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to his interest in the action or proceeding. Carmen Mendez is my son.

5. No other person has a superior right to commence the action or proceeding or to be substituted for Carmen Mendez in the pending action or proceeding. My status as successor-in-interest is shared with Stephanie Beidleman, Carmen Mendez's mother.

6. A true and correct copy of Carmen Mendez's death certificate is attached as "Exhibit A."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the 29th day of October, 2018, at Hughson, California.

_____
Jorge Mendez, Sr.

**DECLARATION OF JORGE MENDEZ, SR. RE CAL. CODE CIV. PROC. § 377.32**
*Estate of Mendez v. City of Ceres*, United States District Court, Eastern District of California, Case No. _____

**EXHIBIT A**

# CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11a(REV 3/06)

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT- FIRST (Given): CARMEN
2. MIDDLE: SPENCER
3. LAST (Family): MENDEZ
AKA. ALSO KNOWN AS: SPENCER - MENDEZ
4. DATE OF BIRTH: [redacted]
5. AGE Yrs.: 15
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES?: NO [X]
12. MARITAL STATUS/SRDP* (at Time of Death): NEVER MARRIED
7. DATE OF DEATH: 08/18/2018
8. HOUR (24 Hours): 1640
13. EDUCATION – Highest Level/Degree: 08
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES [X] HISPANO
16. DECEDENT'S RACE: WHITE, HISPANIC
17. USUAL OCCUPATION: STUDENT
18. KIND OF BUSINESS OR INDUSTRY: PUBLIC EDUCATION
19. YEARS IN OCCUPATION: 8

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 2812 SANTA FE AVE
21. CITY: HUGHSON
22. COUNTY/PROVINCE: STANISLAUS
23. ZIP CODE: 95326
24. YEARS IN COUNTY: 15
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: STEPHANIE GALEANA, COUSIN
27. INFORMANT'S MAILING ADDRESS: 742 ALBERS RD, MODESTO, CA 95357

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP* - FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT - FIRST: JORGE
32. MIDDLE: MUNOZ
33. LAST: MENDEZ
34. BIRTH STATE: CA
35. NAME OF MOTHER/PARENT - FIRST: STEPHANIE
36. MIDDLE: MICHELLE
37. LAST (BIRTH NAME): BEIDLEMAN
38. BIRTH STATE: CA

*WORKING COPY*

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE: 08/31/2018
40. PLACE OF FINAL DISPOSITION: CERES MEMORIAL PARK, 1801 E WHITMORE AVE, CERES, CA 95307
41. TYPE OF DISPOSITION(S): BU
42. SIGNATURE OF EMBALMER: NAVAZ JASAVALA
43. LICENSE NUMBER: EMB9386
44. NAME OF FUNERAL ESTABLISHMENT: FRANKLIN & DOWNS FUNERAL HOME CERES CHAPEL
45. LICENSE NUMBER: FD1202
46. SIGNATURE OF LOCAL REGISTRAR:
47. DATE:

**PLACE OF DEATH**

101. PLACE OF DEATH: ROADSIDE
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other [X]
104. COUNTY: STANISLAUS
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: SERVICE ROAD AT SPERRY ROAD
106. CITY: HUGHSON

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): PENDING INVESTIGATION
108. DEATH REPORTED TO CORONER?: YES [X]
REFERRAL NUMBER: C18-001886
109. BIOPSY PERFORMED?: NO [X]
110. AUTOPSY PERFORMED?: YES [X]
111. USED IN DETERMINING CAUSE?: YES [X]

112. OTHER SIGNIFICANT CONDITIONS: -

113. WAS OPERATION PERFORMED: 
113A. IF FEMALE, PREGNANT IN LAST YEAR?:

**PHYSICIAN'S CERTIFICATION**

114-118: (blank)

**CORONER'S USE ONLY**

119. MANNER OF DEATH: Pending Investigation [X]
120. INJURED AT WORK?:
121. INJURY DATE:
122. HOUR:
123. PLACE OF INJURY:
124. DESCRIBE HOW INJURY OCCURRED:
125. LOCATION OF INJURY:
126. SIGNATURE OF CORONER / DEPUTY CORONER: MATTHEW DESSERT
127. DATE: 08/23/2018
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: MATTHEW DESSERT, DEPUTY CORONER

STATE REGISTRAR: A B C D E
Printed on: 08/28/2018 11:26 AM
By LUNA, KRISTINA (KLUNA)
FAX AUTH.#
CENSUS TRACT