1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CARMEN MENDEZ, JORGE MENDEZ, SR., JORGE MENDEZ, JR., KYLAND RILEY, ROSARIO SANCHEZ, BERTHA MENDEZ, and DOMINGO MENDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CERES, CERES POLICE DEPARTMENT, BRENT SMITH, and DOES 1 to 50,<br><br>Defendants. | No.   1:18-cv-01677-LJO-BAM<br><br>Hon. Lawrence J. O'Neill<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;**<br><br>Date       : March 21, 2019<br>Time       : 8:30 a.m.<br>Courtroom : 4 - 7th Floor |

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS

After consideration of the moving, opposing, and reply papers, any arguments of counsel, and with GOOD CAUSE SHOWING,

IT IS HEREBY ORDERED THAT:

1. Defendants' motion for judgment on the pleadings is GRANTED in its entirety;

2. Defendant Ceres Police Department is dismissed from this litigation with prejudice;

3. Defendant Chief Brent Smith is dismissed from this litigation with prejudice;

4. Plaintiffs Rosario Sanchez, Bertha Mendez and Domingo Mendez's claims for loss of familial relationship, set forth in Plaintiffs' Second and Third causes of action, are dismissed with prejudice;

5. Plaintiffs' Third cause of action is dismissed, with prejudice, as duplicative;

6. Plaintiffs' Fourth cause of action, alleged under Article I, Section 13 of the California Constitution, is dismissed with prejudice;

7. Plaintiffs Jorge Mendez, Sr., Jorge Mendez, Jr., Kyland Riley, Rosario Sanchez, Bertha Mendez and Domingo Mendez's claims under the Bane Act, set forth in Plaintiffs' Fifth cause of action, are dismissed with prejudice;

8. Plaintiffs Rosario Sanchez, Bertha Mendez and Domingo Mendez are dismissed from this litigation with prejudice;

9. Plaintiffs' Bane Act claim, set forth in Plaintiffs' Fifth cause of action, is dismissed;

10. Plaintiffs' *Monell* claims are dismissed;

11. The superfluous allegations set forth at paragraphs 56 through 68 are stricken;

12. Plaintiffs are ordered to join decedent's mother, Stephanie Beidleman, as a necessary party;

13. All further proceedings are stayed pending joinder of Stephanie Beidleman as a party.

IT IS SO ORDERED.

DATED: _____, 2019         _____
                                     Honorable Lawrence J. O'Neill
                                     United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS