UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CARMEN MENDEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CERES, et al.,<br><br>Defendants. | Case No.  1:18-cv-01677-LJO-BAM<br><br>**ORDER RE STIPULATION SETTING SETTLEMENT CONFERENCE**<br><br>(Doc. No. 18)<br><br>Date:          October 8, 2019<br>Time:          9:00 a.m.<br>Courtroom:  25<br>Judge:        Hon. Kendall J. Newman<br><br>**PERSONAL APPEARANCES REQUIRED** |

Pursuant to the parties' stipulation, this matter is HEREBY SET for a SETTLEMENT CONFERENCE before Magistrate Judge Kendall J. Newman on **October 8, 2019 at 9:00 AM in Courtroom 25** at the U.S. District Court, 501 I Street, Sacramento, California 95814.  Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms** at the conference.  Magistrate Judge Newman will issue an order addressing the substance of any settlement conference statement.

IT IS SO ORDERED.

Dated:   **July 8, 2019**                    ____/s/ *Barbara A. McAuliffe*____
                                                                UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28