Bruce D. Praet SBN 119430
Allen Christiansen SBN 263651
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
Bpraet@aol.com
AChristiansen@law4cops.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CARMEN MENDEZ, JORGE MENDEZ, SR., JORGE MENDES, JR., KYLAND RILEY, ROSARIO SANCHEZ, BERTHA MENDES, and DOMINGO MENDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CERES, CERES POLICE DEPARTMENT, BRENT SMITH and DOE 1 to 50, <br><br> Defendants. | NO. 1:18-cv-1677 LJO BAM <br><br> [consolidated matter] <br><br> **STIPULATED DISMISSAL WITH PREJUDICE**; **ORDER** <br><br> [*F.R.Civ.P., Rule 41(a)(1)(A)(ii)*] |

///

///

Stipulated Dismissal & Order            1

TO: CLERK OF THE COURT:

The parties have successfully reached a settlement of all claims, it is hereby stipulated and respectfully requested that this entire matter be dismissed with prejudice by all Plaintiffs as against all Defendants pursuant to *F.R.Civ.P., Rule 41(a)(1)(A)(ii)*. Each party to bear their own costs and fees.

DATED: November 15, 2019     FERGUSON, PRAET & SHERMAN
A Professional Corporation

By: /s/ Bruce D. Praet
Bruce D. Praet, Attorneys for Defendants

DATED: November 15, 2019     LAW OFFICES OF MOORAD, CLARK & STEWART

By: /s/ Adam J. Stewart
Adam J. Stewart, Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: **November 19, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE