Bruce D. Praet SBN 119430
Allen Christiansen SBN 263651
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
Bpraet@aol.com
AChristiansen@law4cops.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CARMEN MENDEZ, JORGE MENDEZ, SR., JORGE MENDES, JR., KYLAND RILEY, ROSARIO SANCHEZ, BERTHA MENDES, and DOMINGO MENDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CERES, CERES POLICE DEPARTMENT, BRENT SMITH and DOE 1 to 50,<br><br>Defendants. | NO. 1:18-cv-1677 LJO BAM<br><br>[consolidated matter]<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>[*F.R.Civ.P., Rule 41(a)(1)(A)(ii)*] |

///

///

Stipulated Dismissal & Order          1

TO: CLERK OF THE COURT:

The parties have successfully reached a settlement of all claims, it is hereby stipulated and respectfully requested that this entire matter be dismissed with prejudice by all Plaintiffs as against all Defendants pursuant to *F.R.Civ.P., Rule 41(a)(1)(A)(ii)*. Each party to bear their own costs and fees.

DATED: November 15, 2019          FERGUSON, PRAET & SHERMAN
                                  A Professional Corporation

                                  By:   /s/   Bruce D. Praet
                                  Bruce D. Praet, Attorneys for
                                  Defendants

DATED: November 15, 2019          LAW OFFICES OF MOORAD,
                                  CLARK & STEWART

                                  By:   /s/ Adam J. Stewart
                                  Adam J. Stewart, Attorneys for
                                  Plaintiffs

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____          _____
                                  Hon. Barbara A. McAuliffe
                                  U.S. Magistrate Judge

Stipulated Dismissal & Order          2